UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE PATTERSON

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                          :

WINSTON SMITH,                    :
   a/k/a "Shadow,"

                      :

       Defendant.

- - - - - - - - - - - - - - x

INDICTMENT

**12 CRIM 189**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **FEB 2 8 2012**

COUNT ONE

The Grand Jury charges:

On or about December 9, 2008, and continuing thereafter, in the Southern District of New York and elsewhere, WINSTON SMITH, a/k/a "Shadow," the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment for a term of fifteen years and more, willfully and knowingly did fail to appear before a court as required by the conditions of his release, to wit, SMITH failed to appear before United States District Judge Robert P. Patterson on December 9, 2008, at a pre-trial conference in the matter of United States v. Winston Smith, 08-cr-379(RPP), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1), and
(b)(1)(A)(i).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WINSTON SMITH,
a/k/a "Shadow,"

Defendant.

## INDICTMENT

12 Cr.

(18 U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

2/28/12

Foreperson.

2/28/12  Filed Indictment. A/W issued. Case assigned to
J. Patterson.

Katz
U.S.M.J