## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

90 BROAD STREET, 2ND FLOOR
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

October 25, 2023

**VIA ECF AND ELECTRONIC MAIL**

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Winston Smith</u>, 12 Cr. 189 (LAP) - Request adjournment of court conference

Dear Judge Preska:

With the consent of the government, I write to request a 30-day adjournment of the court conference scheduled for November 1, 2023, at 10:30am. The adjournment will give the parties additional time to continue plea negotiations, and for defense counsel to review a recently received plea agreement with Mr. Smith. Accordingly, I request a 30-day adjournment of the November 1, 2023, court conference.

Respectfully Submitted,

*[signature]*

Karloff C. Commissiong, Esq.

cc: AUSA Margaret Lynaugh

*[handwritten]:* The conference is adjourned to December 7, 2023 at 1:00 pm

*[handwritten date]:* 10/26/23

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE