## KARLOFF C. COMMISSIONG, ESQ.

**ATTORNEY AT LAW**
90 BROAD STREET, 2ND FLOOR
NEW YORK, NY 10004
TEL: 212-430-6590
FAX: 212-981-3305

April 24, 2024

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Winston Smith</u>, 12 Cr. 189 (LAP) - Request for extension of time to file sentencing memorandum

Dear Judge Preska:

With the consent of the government, I write to request an extension of time to file a sentencing memorandum on behalf of Mr. Winston Smith to Monday, April 29, 2024, with the government's filing date, Friday, May 3, 2024.  Mr. Smith's sentencing is scheduled for May 8, 2024.  A sentencing submission on his behalf is scheduled for today, April 24, 2024.  Counsel has been in preparation for a trial scheduled for May 13, 2024, in the E.D.N.Y.  The additional time would allow counsel to file a submission on behalf of Mr. Smith, while being mindful that Probation has recommended time served, and that Mr. Smith has, since his arrest, served 13 months, which is the equivalent of a Guidelines sentence.  Accordingly, I request an extension of time to file a sentencing memorandum on behalf of Mr. Winston Smith to Monday, April 29, 2024, with the government's filing date, Friday, May 3, 2024.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc:  AUSA Margaret Lynaugh

Defendant shall have until April 29, 2024, to file a sentencing submission.  The Government shall have until May 2, 2024, to file a sentencing submission.  The Clerk of the Court shall close docket entry 31.

**SO ORDERED.**

Dated: April 24, 2024

LORETTA A. PRESKA, U.S.D.J.